FILED
September 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>v.  )<br>  )<br>DUANGCHAI PRADABSENG,  )<br>  )<br>Defendant.  ) | Case No. 2:13MJ00239-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DUANGCHAI PRADABSENG__ , Case No. __2:13MJ00239-AC-1__ , Charge __DISMISSED__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $__

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    __ (Other) __

Issued at __Sacramento, CA__ on __September 12, 2013__ at __2:49 pm__ .

By  /s/ Allison Claire/s/ Allison Claire
   Allison Claire
   United States Magistrate Judge

Copy 2 - Court